# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re:   ROSENSTIEL-GRAFF, JACQUELINE A. | Chapter 7 |
| Debtor(s) | Case No. 18-80777 |
| | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 23, 2019, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Daniel A. Springer
Springer Law Firm
5301 E. State Street, Suite 105
Rockford, IL  61108
spr03001@gmail.com

Patrick S. Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
USTPRegion11.MD.ECF@usdoj.gov

                                        /s/ Colleen M. Lemek


Joseph D. Olsen, Trustee
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL 61104-2228
815-965-8635 (phone)
815-965-4573 (fax)
jolsenlaw@comcast.net

Final Report - Certificate of Service.wpd

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH  43054-3025

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH  43054-3025

TD Bank, USA
by American InfoSource LP as agent
4515 N. Santa Fe Avenue
Oklahoma City, OK  73118

U.S. Bank National Association
Bankruptcy Department
P.O. Box 108
St. Louis, MO  63166-0108

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA  19355-0701